Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

North District of Florida

~~Tallahassee~~ Division
Pensacola

Case No. **3:23CV24747-LC-HTC**
(to be filled in by the Clerk's Office)

Jonathan Klieris Berry

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

The whole Department of Correction

Officer A. Driggers / R. Hines

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Provided to Walton CI
On 11-2-2 for Mailing
Date
By (officer initials) TH

FILED USDC FLND PN
DEC 8 '23 AM10:14

Page 1 of 11

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name: Jonathan K. Berry

All other names by which you have been known:

ID Number: 125799

Current Institution: Walton C.I.

Address: 691 Institution Rd

Defuniak Spring    Fl    32433
City                    State        Zip Code

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name: Officer. A. Driggers

Job or Title *(if known)*: Officer.

Shield Number:

Employer: Walton C.I. (D.O.C)

Address: 691 Institution Rd.

Defuniak Spring    Fl    32433
City                    State        Zip Code

☑ Individual capacity   ☐ Official capacity

Defendant No. 2

Name: Department of Corrections

Job or Title *(if known)*:

Shield Number:

Employer:

Address:

_____    _____    _____
City                    State        Zip Code

☐ Individual capacity   ☑ Official capacity

Defendant No. 3

    Name                          *Officer R. Hines*

    Job or Title *(if known)*     *Corr. Officer*

    Shield Number

    Employer                   *Walton C.I.*

    Address                   *691 Institution Rd.*

                              *Defuniak Spring*   *Fl.*   *32433*

                                *City*          *State*      *Zip Code*

                [☒] Individual capacity    [ ] Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                               *City*        *State*     *Zip Code*

                [ ] Individual capacity    [ ] Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

          [ ] Federal officials (a *Bivens* claim)

          [☒] State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        *The D.O.C. should provided all inmates alike with The right not to be assaulted by any officer (See attached)*

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Attached

Pro Se 14 (Rev. 12/16)
Complaint for Violation
of Civil Rights for Prisoner

## II Basis for Jurisdiction

B.) Under the 8th Amendment Inmates have the Right to be protected by officer not abused. When officer Driggers sprayed me without any reasons he Violated my rights and my due process under the 14th Amendment. Because he did it with the Intent to harm me and was not provoked. Because I was not resisting any order, causing any type of disturbances or threating him in no way. Therefor his actions were unnessary and unreasonable. It was plainly an excessive use of force that directly Violated my 8th Amendment Rights. It's not right because it was not caused for and without provocation. The 8th Amendment states excessive creul and unusual punishment should not be inflicted.

D.) Not be allowed to let their officers misuse the force that is giving to them. By officer Driggers using chemical agents on me without cause he has committed assault and battery on me. This assault was done without me being riotious or causing any type of disturbance. It was done as a Intentional way to inflict pain upon me. A blantant misuse of force that was both Unprovoked and unreasonable causing bodily harm, that is a direct violation of state and local Law. Also a violation of Ch. 33-208.002 Rules of Conduct (8) No employee shall willfully or negligently treat an inmate in a cruel or inhuman manner. This shows that officer Driggers and Hines actions not only Violated the law and my Rights. They also violated my basic Human Rights Article 5 "No one shall be held subjected to torture or to cruel, inhuman or degrading treatment or punishment. See also Treats V morgan 308 F. 3086 8, 874. When inmate was sprayed for no reason and the officers acted in

(continued)

Attached

Prisoner's Civil Rights Office
Complaint for Violation
of Civil Rights for
    Prisoner

## II Basic for Jurisdiction

(1) a manner which was excessive and the officer
could not reasonably have perceived the inmate to be a
threat to themselves or institutional security. The 8th
Amendment protects inmates from the unnecessary and
wanton infliction of pain by correctional officers, regardless
of whether an inmate suffers serious injury as a result.
Officers are permitted to use force reasonably in a good-faith
effort to maintain or restore discipline, but force is not to be
used maliciously and sadistically to cause harm.
Futhermore ADC chem Regs, art I force may not be used
as a means of punishment. Because I was not in the
process of threatening myself/or anyone else the ADC chem Regs
at III a5 states that regulation did not cause for officer
Driggers to use pepper spray on me. He did it
wantonly and maliciously and not in a effort
to restor discipline because he laugh at me and
made jokes about it repeatedly

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Officer Driggers came to my cell and used chemical agents on me with out any Reason for doing so. Therefore acting against rules and regulation by assaulting me. And the D.O.C. trained him should (see attached)

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

(See Attached)

On June 25, 2023 Officer Hines and Officer Miller

DRO SE 14   Rev. 12/16
Compliant for Violation
of Civil Rights
Part IV   Statement of Claim   (Section B)

Were moving me to another cell when I
told them that I'm a homosexaul inmate and
I'm afraid for my life to go in the cell with
a gang member. I asked to be placed in the
shower till they could find me a room or place
me on P.M. (Protective Management). They said no and
proceeded to drag me in the room. While on the ground
Officer A. Driggers came to help and he placed a knee
on my back and twisted my wrist backwards causing
me alot of pain. Together they dragged me into the cell (H2144)
with known gang member and left me in handcuffs for about
2 hours refusing to give us any lunch. The next day officer
A. Driggers came to one cell and told my roommate. (Inmate
EVANS) that he was moving out the room. He told me to
cuff up so he can search the room. When he came out
the room he said I had a cup under my mat so I
was placed on property restriction. (Left only with my boxers on)
About a hour later officer A. Driggers returned to my
cell and said something about a security device and
open the flap and use his spray on me spraying me
in my face with chemical agents I ran to the back
of the cell and he kept spraying me directly in
my backside. I was told I got sprayed for messing
with the sprinkler system but how could I when I
was at the door and the sprinkler system is way up on
the wall and it was not broken or nothing. Plus I
had nothing but my boxer on therfor nothing to use to
reach it. The camera should show that I was at
the door. This is not the only case of this multiple
people are being sprayed for no reason at all and
the grievance are not being answered and covered up
just like both of the ones I wrote.
            This has to stop.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

June 25-26 of 2023    Between 9:00 AM - 2:00 PM

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who later saw what happened?)*

Officer Driggers sprayed me for no Reason at all
I was forced to be housed in a potentially
dangerous ~~situt~~ Situation after telling the
officer that I was in fear of my life
The camera that gets used for "use of force" Situation

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Chemical agents burn my skin
and chess area for a couple of days and ~~~~

I had spray inside of my butthole because
when I ran to the back of the cell Officer
A. Driggers Kept on spraying me and I was not
allowed to tell the nurse everything.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like officer A. Driggers to have
charges pressed against him for assault
and I would like to recieve any amount
that the courts deam necessary for mental
and emotional punitive damages from the DOC (SEE Attached)

(Attached)
Pro Se Rev 12/16
Complaint for Violation
of Civil Rights
    (Prisoner)

VI  Relief

Also I Respectfully pray that this court enter judgement granting
me a declaration that the acts descibed herein violated my
rights under the 8th Ammendent. Also a preliminary and a
permanent injunction order against D.O.C., officer R. Hines and
A Driggers compensatory damages of $5,000 each. And punitive
damages of $5,000 each. I also respectfully pray that this court
grant a jury trial on these issues triable by Jury. And a
injunction against Defendants to cover my court cost and
any additional relief this court deems just.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Walton C, I.

B.     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Walton C.I.

2.   What did you claim in your grievance?

No Reason for using chemical agents
Being placed in harmful situation
Abuse, misuse of power by officers

3.   What was the result, if any?

It was either thrown out or covered up
I never got any response

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I wrote two grievance and on both of them
I never got anything back to appeal
(SEE ATTACHed)

PRO SE 14 (Rev 12/16)

Complaint For Violation
Of Civil Rights
(For Prisoners)

VII   section G

This was answered by the
institution when I put it in the grievance
box after Not getting a response from my
first three grievance. They Say I didn't
comply with Rules of the D.D.C, chapter 33,
Inmate Grievance Procedure. But I did Because
I wrote 3 grievance first then I went to
the next level only after my 3 grievance
were not answered. I also am sending
~~the first copy of this grievance to~~
Tallahassee via legal mail. This camp
is not answering again the grievance
that I put in therfore dening my a
way to go through the proper channel.

I only got another 2 months left before
I can file so they're intentionally not
giving me no Response which is a violation
of my 14th Ammendment right to due process
So I'm filing under Administrative Exhaustion 28 USC, §2675(a)
because they're not answering my grievance at all.

PRO se 14 Rev/12/16
Complaint for Violation of
Civil Rights for
Prisoners

My grievances were not being answered and when
I wrote a grievance on that it was denied
Saying that they never got my grievances

I went through the proper process and
couldn't get no relief because it was
being covered up. So I have Exhausted
all my administrative Remedies. And I

Presenting this as proff. Along with
2 other denied documents and 1 unanswered
one

2ND COPY

RECEIVED
OCT 1 6 2023
Department of Corrections
Inmate Grievance Appeals

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☒ Secretary, Florida Department of Corrections
From or **IF Alleging Sexual Abuse**, on the behalf of:

| Berry  Jonathan  K | 125799 | W.C.I. |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**     23-6-32622

On June 25th at Round about 9:45 to 10:45 officer Driggers came to my cell and used chemical agents on me for no reason at all. I wrote two grievances and also wrote 3 request forms to try and speak with the inspector general. None of my grievances were returned to me and its been over 90 days I've been patiently waiting on an response but haven't recieved any from the grievances and the request forms. My rights are being violated and I would like assault charges pressed on officer Driggers for using chemical agents on me. I'm not bypassing the institutional channels because when I write to the institution they either thrown the grievance out or just didn't answer them cause I never got a return griesance or even a reciept saying my grievance has been turned in.

*Remendy* Remove me from this camp because I feel my life is in danger now that I'm filing a 1983 complaint own said officers for using chemical agents on me

Firing the officers who abuse their powers whould be the right thing to do.

| 10-5-23 | Jonathan Berry  125799 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____
                                                                               #         Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code.  When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office.  The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels.  The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution.  If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED
OCT 0 9 2023
ASST. WARDEN PROGRAMS
WALTON C.I.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: 108-2310-030     R. Oz
                                                                                        (Received by)
                                                                                        108   10H
                                                                                        NF/OF
                                                                                        Ofc. Driggers
                                                                                        1197481

**DISTRIBUTION:**    **INSTITUTION/FACILITY**         **CENTRAL OFFICE**
                     INMATE (2 Copies)                INMATE
                     INMATE'S FILE                    INMATE'S FILE - INSTITUTION/FACILITY
                     INSTITUTIONAL GRIEVANCE FILE     CENTRAL OFFICE INMATE FILE
                                                      CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

2ND COPY

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

## INMATE REQUEST

Mail Number: _108_
Team Number: _2_
Institution: _WCI_

| TO: (Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name<br>Jonathan Berry | DC Number<br>125799 | Quarters<br>H1216L | Job Assignment<br>N/A | Date<br>10-23-23 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☑

I wrote 3 grievances about the incident that occured on June 25th when officers Driggers came to my cell and sprayed me for no reason whatsoever, I then wrote a formal grievance about not getting a response in over 90 days. None of my grievances were not answered. I made a copy of my formal grievance and a copy of this one also Because officer Driggers acted with malicious intent and try to bring me harm I want to press charges of assault on officer Driggers Because he violated my 8th Amendment Right

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): Jonathan Berry | DC#: 125799 |
|---|---|

RECEIVED
OCT 23 2023
ASST. WARDEN PROGRAMS
WALTON C.I.

**DO NOT WRITE BELOW THIS LINE**

108-2310-0110

**RESPONSE**   Griev. Cord.   09-D        DATE RECEIVED: _____

I do not Show receiving any grievances From you in June.
This issue is out of the time Frame.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): R. Owens | Official (Signature): R.___ | Date: 10-24-23 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)                    Incorporated by Reference in Rule 33-103.005, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

OCT 20 2023

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| BERRY, JONATHAN | 125799 | 23-6-32622 | WALTON C.I. | H1216U |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your grievance at the appropriate level at the institution. You have not done so, or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules.

The subject of your grievance was previously referred to the Office of the Inspector General. It is the responsibility of that office to determine the amount and type of inquiry that will be conducted. This inquiry/review may or may not include a personal interview with you. Upon completion of this review, information will be provided to appropriate administrators for final determination and handling.

Your issue regarding the grievance process is a separate issue and should be grieved as such, also, being initiated at the appropriate level.

The institution should be given the opportunity to respond to your issue.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

A. Cochran

---

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | *A. Cochran*<br>SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 10/18/2023<br>DATE |

F.     If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

_____

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*Wrote the Inspector General to press charges (see attached) on officer A. briggers three time never to get a Response*

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

PRO SE 14 (REV 12/16)
For Complaint for Violation of Civil
Right Prisoners

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _108_ VII
Team Number: _2_
Institution: _W.C.I._ (B)

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Dental | Inspector |
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☑ Other | General |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
| | Jonathan Berry | 125799 | 4111u | N/A | 9-2-23 |

## REQUEST

Check here if this is an informal grievance ☑

I wrote 3 requests trying to press
charges of assault on officer
Driggers for spraying me but
neither were answered so
I'm writing this grievance
to see why not

+ Got it 9-11-13
office copy
9-5-23

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

Inmate (Signature): _Jonathan Berry_     DC#: _125799_

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE                                          DATE RECEIVED: _____

9-14-23
I wrote the same grievance
and put 2nd copy on 9-8-23 I so
and put it in the box on 9-8-23 I still
haven't got a answer as yet
I'm sending this as proof
still have my grievances answered I feel
need my grievances answered I feel
Not being answered I'm being
and here why I'm being
@ Koedes

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): | Official (Signature): | Date: |

Original: Inmate plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy
or Appeal, completing the form, attaching a copy of your informal grievance and response, and forwarding your complaint
to the warden ... grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next

DC6-236 (8)

Incorporated by Reference in Rule 33-103.005, F.A.C.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.   Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2.   Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.   Docket or index number

        _____

    4.   Name of Judge assigned to your case

        _____

    5.   Approximate date of filing lawsuit

        _____

    6.   Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition. _____

    7.   What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

        _____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9-8-23

Signature of Plaintiff    Jonathan K. Berry

Printed Name of Plaintiff    Jonathan Alien's Berry

Prison Identification #    125799

Prison Address    691 Institution Rd.

Defuniak Springs        Fl        32433
*City*        *State*        *Zip Code*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
*City*        *State*        *Zip Code*

Telephone Number    _____

E-mail Address    _____

Jonathan Berry
     Walton C.I.
691 Institution Rd.
Defuniak Spring Fl.
     32433

Mailed From A
Correctional
Institution

FIRST-CLASS

US POSTAGE

ZIP 32433
02 7H
0006070546

DEC 0 8 2023

United States District Court
     Pensacola Division
1 North Palafox St.
     Pensacola Florida
          32502

**Provided to Walton CI**
_____ for Mailing
Date
By (officer initials) JY