UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN KLEINS BERRY,

    Plaintiff,

v.                                              Case No. 3:23cv24747-LC-HTC

A. DRIGGERS,

    Defendant.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 11, 2024 (ECF No. 23), recommending this case be dismissed without prejudice because Plaintiff failed to exhaust his administrative remedies. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 23) is adopted and incorporated by reference in this order.

2.       Defendant Aaron Driggers' motion to dismiss (ECF No. 20) is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE due to Plaintiff Jonathan Berry's failure to exhaust his administrative remedies.

3.       The clerk shall close the file.

**DONE AND ORDERED** this 16th day of August, 2024.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**